# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:07CV207-W

| | |
|---|---|
| CHARLES EDSEL KIKER, )<br>Individually and Personal )<br>Representative of Rodney Neil Kiker )<br>(deceased), )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>MONY LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br> )<br>Defendant. )<br> ) | ORDER |

THIS MATTER is before the Court, *sua sponte*, as to the "Certification and Report of Initial Attorney Conference" (Doc. No. 9) submitted by the parties on July 19, 2007. On July 16, 2007, this Court entered an Order (Doc. No. 8) directing the parties to familiarize themselves with the standing orders of this Court and to file a Certification of Initial Attorneys Conference in compliance with the Court's standing order found on PACER at 3:07-mc-00047 (Doc. No. 2). This standing order was also served on the parties through the Court's ECF System on May 22, 2007, as reflected by the docket report for this case.

The Certification and Report of Initial Attorney Conference submitted by the parties fails to comply with the Court's July 16, 2007, Order and also fails to comply with this Court's standing orders. Accordingly, the "Certification and Report of Initial Attorney Conference" (Doc. No. 9) is hereby STRICKEN. The parties are directed to file within seven (7) calendar days a new Report that conforms to this Order and to this Court's Standing Order Governing the Calendaring of Hearings and Trials, 3:07-mc-00047 (Doc. No. 1), and Standing Order Governing Civil Case Management,

3:07-mc-00047 (Doc. No. 2). Furthermore, the Court has reviewed the pleadings in this case, and while the case involves claims and counterclaims, there is nothing unique or complex about this matter. It further appears to the Court that discovery in this matter will not be extensive. Thus, the Court holds this is a "Simple/Fast Track" case and should be scheduled using the "Simple/Fast Track" as set forth in the Standing Order Governing Civil Case Management. The Clerk is DIRECTED to send a copy of this Order to the Honorable David M. Keesler for entry of an Initial Scheduling Order in compliance with this Order.

Finally, counsel for the parties are admonished for the second, and final, time regarding this Court's standing orders. Failure to abide by the Court's orders, which are readily available on PACER at 3:07-mc-00047 and which have been identified to counsel multiple times, may result in sanctions against the attorneys.

IT IS SO ORDERED.

Signed: July 24, 2007

Frank D. Whitney
United States District Judge